**John Lenoir—Attorney**
4603 Parkwood Rd
Austin TX 78722
Licensed in NY and TX

November 3, 2023

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square – Room 2101
New York, New York 10007

> *Mason v. Ethical Culture Fieldston School, et al.,*
> *23-cv-1402-JPO,*
> *Wright v. Ethical Culture Fieldston School, et al.,*
> *23-cv-1874-JPO*
> *Melendez v. Ethical Culture Fieldston School, et al,.*
> *23-cv-4917-JPO*

Dear Judge Oetken:

    As one of the counsels for the Plaintiffs in the above-referenced actions, I am writing to request a conference regarding the continuing stay of these cases. The referenced cases are related to *Emile v. Ethical Culture Fieldston School, et al.*, 21-cv-3977, and were stayed on June 29, 2023, pending resolution of the *Emile* Defendants' motion to enforce a settlement agreement.

    On July 26, 2023, the Court issued a Memorandum and Order in *Emile* enforcing a July 31, 2022, email as a settlement agreement. (*Emile*, ECF Doc. No. 134). *Mason*, *Wright* and *Melendez* Plaintiffs request a conference to discuss lifting the stay, scheduling pretrial conferences in each and discussing the propriety of pending motions in *Mason* and *Wright* in light of the Court's Order in *Emile*.

Respectfully submitted,

*/s/ John Lenoir*
John Lenoir

John.lenoir@lenoir-attorney.com
212 335 0250