John Lenoir—Attorney
4603 Parkwood Rd
Austin TX 78722

April 26, 2024

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square – Room 2101
New York, New York 10007

        *Mason v. Ethical Culture Fieldston School, et al.,*
           23-cv-1402-JPO-SLC
        *Wright v Ethical Culture Fieldston School, et al.*
           23-cv-1874-JPO-SLC
        *Melendez v. Ethical Culture Fieldston School, et al.,*
           23-cv-4917-JPO-SLC

Dear Judge Oetken:

     As one of the plaintiffs' counsel in the above-referenced related cases, I am writing to inform the Court that, after consolation with defense counsel, the parties have agreed to hold off on further motion practice while the parties attempt to resolve the actions with Magistrate Judge Cave, who is the designated Magistrate Judge in these cases.  Accordingly, the parties joint request that the actions be referred to Magistrate Judge Cave for settlement purposes.

     As discussed at the hearing before the Court, Defendants continue to maintain that there are enforceable settlement agreements in each of these cases and do not waive their rights to move to enforce those settlements if further discussions do not resolve the matter.

                                      Respectfully submitted,

                                      */s*

                                      John Lenoir

Via ECF To: 23-cv-1402,
  & 23-cv-1874  & 23-cv-3917

John.lenoir@lenoir-attorney.com
212 335 0250