UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADISON MASON and JANINE MASON,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-v-<br><br>ETHICAL CULTURE FIELDSTON SCHOOL, et al.,<br><br>　　　　　　　　　　Defendants.<br><br>---<br><br>SERENE WRIGHT and JOSEPHINE DEJESUS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-v-<br><br>ETHICAL CULTURE FIELDSTON SCHOOL, et al.,<br><br>　　　　　　　　　　Defendants.<br><br>---<br><br>CRISTINA MELENDEZ, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-v-<br><br>ETHICAL CULTURE FIELDSTON SCHOOL, et al.,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NOS. 23 Civ. 1402 (JPO) (SLC)<br>　　　　　　　　　　23 Civ. 1874 (JPO) (SLC)<br>　　　　　　　　　　23 Civ. 4917 (JPO) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

　　A telephone conference is scheduled for **Friday, May 3, 2024 at 10:00 a.m.** on the Court's conference line.  The parties are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.  At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:       New York, New York
              April 29, 2024

                                      SO ORDERED.

                                      _____
                                      SARAH L. CAVE
                                      United States Magistrate Judge

2