UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADISON MASON and JANINE MASON,

                       Plaintiffs,

     -v-

ETHICAL CULTURE FIELDSTON SCHOOL, et al.,

                       Defendants.

SERENE WRIGHT and JOSEPHINE DEJESUS,

                       Plaintiffs,

     -v-

ETHICAL CULTURE FIELDSTON SCHOOL, et al.,

                       Defendants.

CRISTINA MELENDEZ, et al.,

                       Plaintiffs,

     -v-

ETHICAL CULTURE FIELDSTON SCHOOL, et al.,

                       Defendants.

CIVIL ACTION NOS. 23 Civ. 1402 (JPO) (SLC)
23 Civ. 1874 (JPO) (SLC)
23 Civ. 4917 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

     Pursuant to the telephone conference held May 3, 2024 (the "Conference"), the Court orders as follows:

1. A telephone conference to discuss settlement <u>with</u> <u>Plaintiffs'</u> <u>counsel</u> <u>only</u> is scheduled for **Friday, July 19, 2024 at 11:00 a.m.** on the Court's conference line.  Plaintiffs' counsel are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.

2. A telephone conference to discuss settlement <u>with</u> <u>Defendants'</u> <u>counsel</u> <u>only</u> is scheduled for **Friday, July 19, 2024 at 2:00 p.m.** on the Court's conference line.  Defendants' counsel is directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.

3. By **May 13, 2024**, the parties shall order a transcript of the Conference by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:      New York, New York
            May 7, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
### (prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|