# WILMERHALE

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

June 26, 2024

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
   for the Southern District of New York
500 Pearl St., Courtroom 18A
New York, New York 10007

> Re: *Mason v. Ethical Culture Fieldston School*, 23-cv-1402-JPO-SLC,
> *Wright v. Ethical Culture Fieldston School*, 23-cv-1874-JPO-SLC, and
> *Melendez v. Ethical Culture Fieldston School*, 23-cv-4917-JPO-SLC

Dear Magistrate Judge Cave:

      I write on behalf of all Defendants in *Mason v. Ethical Culture Fieldston School* and *Wright v. Ethical Culture Fieldston School*, and on behalf of Defendants Ethical Culture Fieldston School, Jessica Bagby, Kenny Graves, and Joe Algrant in *Melendez v. Ethical Culture Fieldston School*. Per your standing order, "the person who attends the conference must be the person with ultimate responsibility for determining the amount of any settlement." Standing Order Applicable to Settlement Conferences ¶ 7. Because the school's representative will have full settlement authority, not subject to any input from anyone else (including any insurer), Defendants respectfully request that they be allowed to proceed with just the school's representative present.

Respectfully submitted,

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    Washington