# WILMERHALE

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

June 27, 2024

<u>**VIA ECF**</u>

Hon. Sarah L. Cave
United States District Court
  for the Southern District of New York
500 Pearl St., Courtroom 18A
New York, New York 10007

    Re:  *Mason v. Ethical Culture Fieldston School*, 23-cv-1402-JPO-SLC,
           *Wright v. Ethical Culture Fieldston School*, 23-cv-1874-JPO-SLC, and
           *Melendez v. Ethical Culture Fieldston School*, 23-cv-4917-JPO-SLC

Dear Magistrate Judge Cave:

      I write on behalf of all Defendants in *Mason v. Ethical Culture Fieldston School* and *Wright v. Ethical Culture Fieldston School*, and on behalf of Defendants Ethical Culture Fieldston School, Jessica Bagby, Kenny Graves, and Joe Algrant in *Melendez v. Ethical Culture Fieldston School*. In response to the Court's June 26, 2024 Order (*Mason*, ECF No. 53; *Wright*, ECF No. 51; *Melendez*, ECF No. 25), Defendants seek to excuse individual defendants Jessica Bagby, Robert Cairo, Nigel Furlonge, Kenny Graves, and Joe Algrant, as well as the school's insurers, from attending the settlement conferences scheduled for July and August. The school's representative will have full settlement authority. Plaintiffs consent to Defendants' request.


Respectfully submitted,


*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld