WILMERHALE

**Alan E. Schoenfeld**

In light of Defendants' representation that the Ethical Culture Fieldston School (the "School") will send a representative with full settlement authority to attend the settlement conferences scheduled in Case Nos. 23 Civ. 1402 (JPO) (SLC), 23 Civ. 1874 (JPO) (SLC), and 23 Civ. 4917 (JPO) (SLC) (the "Conferences"), Defendants' request that Jessica Bagby, Robert Cairo, Nigel Furlonge, Kenny Graves, Joe Algrant, and the Schools' insurers be excused from participation in the Conferences is GRANTED.

SO ORDERED. 6/28/24

SARAH L. CAVE
United States Magistrate Judge

June 27, 2024

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
for the Southern District of New York
500 Pearl St., Courtroom 18A
New York, New York 10007

**Re: *Mason v. Ethical Culture Fieldston School*, 23-cv-1402-JPO-SLC,**
***Wright v. Ethical Culture Fieldston School*, 23-cv-1874-JPO-SLC, and**
***Melendez v. Ethical Culture Fieldston School*, 23-cv-4917-JPO-SLC**

Dear Magistrate Judge Cave:

I write on behalf of all Defendants in *Mason v. Ethical Culture Fieldston School* and *Wright v. Ethical Culture Fieldston School*, and on behalf of Defendants Ethical Culture Fieldston School, Jessica Bagby, Kenny Graves, and Joe Algrant in *Melendez v. Ethical Culture Fieldston School*. In response to the Court's June 26, 2024 Order (*Mason*, ECF No. 53; *Wright*, ECF No. 51; *Melendez*, ECF No. 25), Defendants seek to excuse individual defendants Jessica Bagby, Robert Cairo, Nigel Furlonge, Kenny Graves, and Joe Algrant, as well as the school's insurers, from attending the settlement conferences scheduled for July and August. The school's representative will have full settlement authority. Plaintiffs consent to Defendants' request.

Respectfully submitted,

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld