UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MADISON MASON, *et al.*,
                Plaintiffs,

-v-

ETHICAL CULTURE FIELDSTON SCHOOL, *et al.*,
                Defendants.

---

SERENE R. WRIGHT, *et al.*,
                Plaintiffs,

-v-

ETHICAL CULTURE FIELDSTON SCHOOL, *et al.*,
                Defendants.

---

CRISTINA MELENDEZ, *et al.*,
                Plaintiffs,

-v-

ETHICAL CULTURE FIELDSTON SCHOOL, *et al.*,
                Defendants.

23-CV-1402 (JPO)
23-CV-1874 (JPO)
23-CV-4917 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Counsel for all parties are directed to appear telephonically for a conference with the Court on August 22, 2024, at 11:00 a.m. At the scheduled time, counsel and any interested parties should call (888) 557-8511 and enter access code 9300838.

Requests for adjournment may be made only in a writing received not later than two business days before the conference. Any request for adjournment must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates when all counsel are available. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

SO ORDERED.

Dated: August 14, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge