UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADISON MASON, et al.,<br><br>      Plaintiffs,<br><br> -v-<br><br>ETHICAL CULTURE FIELDSTON SCHOOL, et al.,<br><br>      Defendants. | CIVIL ACTION NO. 23 Civ. 1402 (JPO) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the Settlement Conference scheduled for Monday, September 9, 2024 at 10:00 a.m. is RESCHEDULED to **Monday, September 9, 2024, at 2:00 p.m.**, and will proceed in-person. In anticipation of the Settlement Conference, the Court orders as follows:

1. A telephone conference to discuss settlement with Plaintiffs' counsel only is scheduled for **Wednesday, September 4, 2024 at 5:00 p.m.** on the Court's conference line. Plaintiffs' counsel are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2. A telephone conference to discuss settlement with Defendants' counsel only is scheduled for **Wednesday, September 4, 2024 at 5:30 p.m.** on the Court's conference line. Defendants' counsel is directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated: New York, New York
    August 27, 2024

                SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge