UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADISON MASON, et al.,<br><br>                Plaintiffs,<br><br>-v-<br><br>ETHICAL CULTURE FIELDSTON SCHOOL, et al.,<br><br>                Defendants. | CIVIL ACTION NO. 23 Civ. 1402 (JPO) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of The Cochran Firm's Motion to Enforce Charging Lien (ECF No. 77 (the "Motion to Enforce")), which it moves to file under seal (ECF No. 76 (the "Motion to Seal")), and Plaintiffs' status letter (ECF No. 79) requesting a conference to "discuss how the Court would like the parties to address" the Motion to Enforce. With respect to these filings, the Court orders as follows:

1. The Motion to Seal is GRANTED, and the Motion to Enforce shall remain visible only to the selected parties and the Court.

2. A telephone conference to discuss the Motion to Enforce is scheduled for **Wednesday, December 4, 2024 at 3:00 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 199-794-18#, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 76.

Dated:    New York, New York
             November 6, 2024

                                          SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**