UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADISON MASON, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> ETHICAL CULTURE FIELDSTON SCHOOL, et al., <br><br> Defendants. | CIVIL ACTION NO. 23 Civ. 1402 (JPO) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of (1) The Cochran Firm's ("TCF") Letter-Motion requesting adjournment of the telephonic conference scheduled for December 4, 2024 (the "Conference") (ECF No. 81 ("TCF's Letter-Motion")) and (2) Plaintiffs' Letter-Motion seeking a two-week extension to respond to TCF's pending Motion to Enforce its Charging Lien (ECF No. 82 ("Plaintiff's Letter-Motion")).  With respect to these filings, the Court orders as follows:

1. TCF's Letter-Motion is GRANTED, and the Conference is RESCHEDULED to **Thursday, December 19, 2024 at 3:00 p.m.**  The parties are directed to call:  (646) 453-4442; access code:  199-794-18#, at the scheduled time.

2. Plaintiff's Letter-Motion is GRANTED, and Plaintiffs shall file any response to TCF's Motion to Enforce its Charging Lien by **Monday, December 2, 2024.**

The Clerk of Court is respectfully directed to close ECF Nos. 81 and 82.

Dated:     New York, New York
           November 7, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2