UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADISON MASON, et al.,

                              Plaintiffs,

        -v-                                                    CIVIL ACTION NO. 23 Civ. 1402 (JPO) (SLC)

ETHICAL CULTURE FIELDSTON SCHOOL, et al.,        **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the telephonic conference held today, December 19, 2024 (the "Conference"), the Court orders as follows:

1. By **Friday, January 3, 2025**, counsel for Plaintiffs shall file a letter consistent with the Court's instruction at the Conference.

2. The parties shall order a transcript of the Conference and file it on the docket. The parties shall submit a single request to etranscripts@nysd.uscourts.gov by **Friday, December 20, 2024**, and shall select the "7 Day" option for service.

Dated:        New York, New York
              December 19, 2024

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**