UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADISON MASON, et al.,<br><br>  Plaintiffs,<br><br> -v-<br><br>ETHICAL CULTURE FIELDSTON SCHOOL, et al.,<br><br>  Defendants. | CIVIL ACTION NO. 23 Civ. 1402 (JPO) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Today, January 8, 2025, counsel for Plaintiffs Madison and Janine Mason filed two versions of a Letter-Motion to Compel WilmerHale to release funds related to a settlement reached in this action—one version was unredacted (ECF No. 95 (the "Unredacted Letter-Motion")), and one was redacted (ECF No. 96 (the "Redacted Letter-Motion")). The Clerk of Court, however, flagged these documents as deficient based on counsel's failure to sign them. (See ECF min. entry Jan. 8, 2025). Although counsel has now filed a signed version of the Redacted Letter-Motion, he has not yet refiled the Unredacted Letter-Motion. Accordingly, by **Friday, January 10, 2025**, counsel shall file (1) a corrected version of the Unredacted Letter-Motion and (2) a proposed order for the relief sought.

Dated:    New York, New York
          January 8, 2025

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**