UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADISON MASON, <u>et al.</u>,

                    Plaintiffs,

   -v-                                                CIVIL ACTION NO. 23 Civ. 1402 (JPO) (SLC)

ETHICAL CULTURE FIELDSTON SCHOOL, <u>et al.</u>,              **<u>ORDER</u>**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

     IT IS HEREBY ORDERED, that pursuant to the parties' joint request by letter dated January 8, 2025 and amended January 10, 2025 (ECF Doc. 97 & 99), counsel for the Defendant is authorized and directed to release to the Plaintiffs the amount of disputed attorneys' fees it currently holds in escrow on behalf of the Defendants in excess of the amount identified by the parties in their January 8 joint letter, pursuant to the terms of the settlement agreement between the Plaintiffs and the Defendants in this case.

Dated:      New York, New York
               January 10, 2025

                                                          SO ORDERED.

                                                          SARAH L. CAVE
                                                          United States Magistrate Judge